v.

**PENNSYLVANIA DEPARTMENT OF**
**PUBLIC WELFARE, Petitioner.**

Supreme Court of Pennsylvania.

March 14, 2001.

***ORDER***

PER CURIAM:

AND NOW, this 14th day of March, 2001, the Petition for Allowance of Appeal is GRANTED to consider the following question:

Whether the Commonwealth Court erred in overruling its decision in *J.H. v. Department of Public Welfare*, 73 Pa. Commw. 369, 457 A.2d 1346 (1983), and holding that, to be considered child abuse under the Child Protective Services Law, 23 Pa.C.S. § 6301 *et seq.*, the specific injury suffered must not only be foreseeable, but must also occur with design or intent?